[No. 63603-1-I.   Division One.   January 10, 2011.]

*In the Matter of the Marriage of* KIMBERLY KRISTEN MELE, *Respondent*, and JOHN PETER MELE, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 63664-2-I.   Division One.   January 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW DAVID GARNER, *Appellant*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 63674-0-I.   Division One.   January 10, 2011.]

EVANGELINE ZANDT, *Respondent*, v. MARYLIN TAYLOR, *Appellant*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Becker, JJ.

[No. 63912-9-I.   Division One.   January 10, 2011.]

TERRY TERRACE CONDOMINIUM OWNERS ASSOCIATION, *Respondent*, v. TERRY TERRACE APARTMENTS, LLC, *Appellant*, SEATTLE SMSA LIMITED PARTNERSHIP ET AL., *Respondents*.

*Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Spearman, JJ.